IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AMERICAN BUSINESS FINANCIAL SERVICES, INC., *et al.*,[1] | ) ) ) | Case No. 05-10203 (MFW) |
| | ) | |
| Debtors. | ) ) | |
| | ) | |
| George L. Miller, Chapter 7 Trustee for the Bankruptcy Estates of American Business Financial Services, Inc., *et al.*, | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 07-50304 (KG) |
| v. | ) ) | |
| William P. Kirk, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) ) | Objection Deadline: August 9, 2007 |

**DEFENDANT'S MOTION
TO WITHDRAW THE REFERENCE**

For the reasons in the attached memorandum of law, defendant requests that the District Court withdraw the reference of the above-captioned adversary proceeding pursuant to 28 U.S.C. § 157(d).

DATED: July 27, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail:     loizides@loizides.com

*Counsel for William P. Kirk*

---

[1] On January 21, 2005, American Business Financial Services, Inc. filed Case No. 05-10203, Tiger Relocation Company filed Case No. 05-10204, American Business Credit, Inc. filed Case No. 05-10206, Home American Credit, Inc. filed Case No. 05-10207, and American Business Mortgage Services, Inc. filed Case No. 05-10208 (hereinafter referred to as the "Debtors" herein). ABFS Consolidated Holdings, Inc. filed a petition on January 24, 2005. Based on information and belief, none of the Transfers at issue herein were made by ABFS Consolidated Holdings, Inc.

070724112358.DOCX

**EXHIBIT A – PROPOSED ORDER**

070724112358.DOCX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AMERICAN BUSINESS FINANCIAL | ) | Case No. 05-10203 (MFW) |
| SERVICES, INC., *et al.*[1], | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| George L. Miller, Chapter 7 Trustee for | ) | |
| the Bankruptcy Estates of American | ) | |
| Business Financial Services, Inc., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 07-50304 (KG) |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| William P. Kirk, | ) | |
| | ) | **Objection Deadline: August 9, 2007** |
| Defendant. | ) | |
| | ) | **Re: Docket No. ___** |
| _____ | ) | |

**ORDER GRANTING DEFENDANT'S
MOTION TO WITHDRAW THE REFERENCE**

Upon Defendant's Motion to Withdraw the Reference (adv. docket no. ____, the "Motion") being duly considered on this _____ day of _____, 2007;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The reference of the above-captioned adversary proceeding is hereby withdrawn pursuant to 28 U.S.C. § 157(d).

**SO ORDERED** this _____ day of _____, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

---

[1] On January 21, 2005, American Business Financial Services, Inc. filed Case No. 05-10203, Tiger Relocation Company filed Case No. 05-10204, American Business Credit, Inc. filed Case No. 05-10206, Home American Credit, Inc. filed Case No. 05-10207, and American Business Mortgage Services, Inc. filed Case No. 05-10208 (hereinafter referred to as the "Debtors" herein). ABFS Consolidated Holdings, Inc. filed a petition on January 24, 2005. Based on information and belief, none of the Transfers at issue herein were made by ABFS Consolidated Holdings, Inc.

070724112358.DOCX

# TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:07-50304-(KG)**
**Related Bankruptcy Case #:05-10203-(KG)**
**District Court Civil Action#:**

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | Barbara M. Torres |
| **Case Type:** | (Adversary) |
| **Nature of Suit:** | (547- Recover Money or Property) |
| **Cause of Transmittal:** | (i.e. Order dated _____, Withdrawing the Reference to the U.S. District Court) |
| **Parties:** | George L. Miller, Ch. 7 Trustee for the Bankruptcy Estates of American Business Financial Services, Inc., et al. vs. William P. Kirk |
| **Plaintiff's Counsel:** | John T. Carroll, III<br>Cozen O'Connor<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801<br>302-295-2028<br>jcarroll@cozen.com |
| **Defendant's Counsel:** | **Christopher D. Loizides**<br>Loizides & Associates<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>302-654-0248<br>ecf.admin@loizides.com |

revised: 10/20/03

C:\Documents and Settings\barbarag\My Documents\TRANSWTH.wpd

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

DAVID D. BIRD
CLERK OF COURT

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2900

Date:   August 16, 2007

To:     Clerk of Court
        U.S. District Court
        District of Delaware
        Wilmington, DE 19801

Re:     Adversary Case No.: 07-50304-(KG)
        Related BK Case No.: 05-10203-(KG)


On July 27, 2007, a Motion to Withdraw the Reference to U.S.D.C. for the District of Delaware was filed in the above-mentioned case. Enclosed is a Certified Copy of the Docket Sheet, a Transmittal Sheet, and the Motion to Withdraw the Reference with any related documents for the above-mentioned case.

Please acknowledge receipt of the above transferred record by completing the information below.

Sincerely,

*Barbara M. Torres*
Barbara M. Torres, Deputy Clerk

I hereby acknowledge receipt of the above transferred record this _____ day of _____ 2007.


By:_____
     Deputy Clerk


                                        _____
                                              Supervisor

C:\Documents and Settings\barbarag\My Documents\TRANSMIT.wpd